BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MYRTLE LOVE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01723-GSA<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE CERTIFIED ADMINISTRATIVE RECORD<br><br>(Doc. 9) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file its response to Plaintiff's Complaint, the certified administrative record.  Counsel for Defendant has been informed that the Office of Disability Adjudication and Review (ODAR) has not prepared a certified administrative record for this case and requires additional time to prepare the certified administrative record, due to a currently high volume of requests to ODAR nationally.  The new due date for Defendant's answer and certified administrative record will be May 9, 2014.

Stipulation for an Extension of Time and Order; 1:13-cv-01723-GSA

1

Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by Defendant's failing to file the certified administrative record in a timely fashion

                                 Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

Date: April 8, 2014            *s/ Cyrus Safa by C.Chen\**
                                     (As authorized by email on 4/8/2014)
                                     CYRUS SAFA
                                     Attorneys for Plaintiff

Date: April 8, 2014            BENJAMIN B. WAGNER
                                     United States Attorney

                                     By *s/ Carolyn B. Chen*
                                     CAROLYN B. CHEN
                                     Special Assistant U. S. Attorney
                                     Attorneys for Defendant

### **ORDER**

The Court adopts the parties' stipulation set forth above. Accordingly, Defendant shall respond to Plaintiff's complaint by filing the certified administrative record on or before May 9, 2014. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 9, 2014**                          /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE