# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| MYRTLE D. LOVE, | ) Case No.: 1:13-cv-01723-GSA |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties filed on June 16, 2014 (Doc. 12), this action is DIMISSED with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), each party to bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

DATED : June 17, 2014    **/s/ Gary S. Austin**
Gary S. Austin
United States Magistrate Judge

-1-